UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.: 16-CV-23064-DPG

FRANCOIS ALEXANDRE,

    Plaintiff,

vs.

CITY OF MIAMI, et al.

    Defendants.

_____/

## **ANSWER AND AFFIRMATIVE DEFENSES**

Defendant, the City of Miami, by and through undersigned counsel, answers the Complaint as follows:

1. Denied.

2. Denied due to misnumbering of counts. Jurisdiction s admitted.

3. Without knowledge.

4. Denied.

5. Without knowledge as to residence of Plaintiff. Denied as to whether balance of allegations occurred.

6. Denied.

7. Admitted that the officer was employed by the City of Miami on the date in question.

679075

8. Admitted that the officer was employed by the City of Miami on the date in question.

9. There is no paragraph 9. In the Complaint.

10. Admitted that the officer was employed by the City of Miami on the date in question.

11. Admitted that the officer was employed by the City of Miami on the date in question.

12. Denied that any officer attacked Plaintiff.

13. Admitted.

14. It is impossible to know what times are material for unnamed officers therefore denied.

15. Denied.

16. Without knowledge.

17. Denied.

18. Admitted that the City had numerous officers in the downtown area. It is impossible to answer this question in detail because the area is not defined and the officers are not identified.

19. Without knowledge.

20. Without knowledge.

21. Without knowledge.

22. Denied.

23. Denied.

24. Denied.

25. Denied.

26. Denied.

27. Denied.

28. Denied.

29. Denied.

30. Denied.

31. Admitted.

32. Denied as phrased.

33. Denied.

34. Denied.

35. Admitted.

Paragraphs 36-52 are exclusively against individual defendants and not the City of Miami. Accordingly, the City of Miami does not respond to those allegations.

53. Previous responses are realleged.

54. Denied.

55. Denied.

56. Denied.

57. Denied.

58. Denied.

Paragraphs 59-68 are exclusively against individual defendants and not the City of Miami. Accordingly, the City of Miami does not respond to those allegations.

All allegations not expressly admitted are hereby denied.

CASE NO.: 16-CV-23064-DPG

## AFFIRMATIVE DEFENSES

1. Failure to state a cause of action.

2. Probable cause.

3. Good faith.

>VICTORIA MÉNDEZ, City Attorney
>HENRY J. HUNNEFELD,
>Sr. Assistant City Attorney
>Attorneys for Defendants
>444 S.W. 2nd Avenue, Suite 945
>Miami, FL  33130-1910
>Tel.: (305) 416-1800/Fax: (305) 416-1801
>Primary Email:  HJHunnefeld@miamigov.com
>Secondary Email: aidagarcia@miamigov.com
>
>By: */s/ Henry J. Hunnefeld*
>    Henry J. Hunnefeld,
>    Sr. Assistant City Attorney
>    Florida Bar No. 343811

## CERTIFICATE OF SERVICE

I hereby certify that on August 25, 2016, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

>By: */s/ Henry J. Hunnefeld*
>    Henry J. Hunnefeld,
>    Sr. Assistant City Attorney
>    Florida Bar No. 343811

CASE NO.: 16-CV-23064-DPG

## SERVICE LIST

**Leonard Paul Fenn, Esq.**
DeFabio & Fenn, P.A.
4000 Ponce De Leon Blvd.
Suite 470
Coral Gables, Florida 33146
fennlawoffice@bellsouth.net
lfenn@defabioandfennpa.com