UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-23064-DPG/Otazo-Reyes

FRANCOIS ALEXANDRE,

    Plaintiff,

v.

CITY OF MIAMI, JOSUE HERRERA,
JAVIER ORTIZ, RUBEN ROJAS, MAGDIEL
PEREZ, CHRISTOPHER D. VITAL,
FOUR UNIDENTIFIED CITY OF MIAMI POLICE
OFFICERS AND CHIEF OF POLICE
RODOLFO LLANES,

    Defendants.

_____/

## DEFENDANT JAVIER ORTIZ'S UNOPPOSED MOTION
## FOR ENTRY OF FINAL JUDGMENT

Defendant, JAVIER ORTIZ, by and through undersigned counsel and pursuant to the Eleventh Circuit Court of Appeal's October 10, 2019, decision and Fed. R. Civ. P. 54 hereby moves for entry of a final judgment in favor of Defendant and states in support the following:

1. This suit arose from allegations, as pertinent here, of excessive force used by several police officers, including Defendant, against Plaintiff.

2. On December 15, 2017, Defendant filed a motion for summary judgment, as did some of his co-defendant officers. In their respective motions, they all argued they were entitled to the protections of qualified immunity. As for Defendant, a finding of entitlement to qualified immunity would have defeated all claims against him stemming from the Complaint.

3. The district court denied these qualified-immunity arguments on June 1, 2018.

4. Defendant, and two of his co-defendant officers, took an interlocutory appeal of this denial to the Eleventh Circuit Court of Appeals.

5. On October 10, 2019, the Eleventh Circuit Court of Appeals released its opinion, in which it reversed the denial of qualified immunity to Defendant but upheld it for the two other officers. *Alexandre v. Ortiz*, 789 Fed. Appx. 169, 171 (11th Cir. 2019). The opinion directed the district court to grant Defendant's motion for summary judgment. *Id*. at 177.

6. Pursuant to that opinion's directive, the claims against Defendant are to be dismissed with prejudice.

7. Federal R. Civ. P. 54(b) provides a court may enter final judgment where, when multiple parties are involved, a claim against one party but not all parties has been resolved and there is no just reason to delay entry of the judgment.

8. The undersigned was advised by Henry Hunnefeld, Esq., counsel for other defendants in this case, that the Court desires a final judgment be entered in this case so as to remove Defendant Ortiz from the proceedings.

9. Therefore, based on the Appellate Court ruling and the directive by this Honorable Court conveyed by Henry Hunnefeld, Esq. Defendant Javier Ortiz respectfully submits this motion and a proposed final judgment for consideration and entry.

10. Pursuant to Local Rule 7.1, the undersigned has sent this motion and a proposed order to all other parties, none of whom has an objection.

WHEREFORE, based upon the foregoing, Defendant Javier Ortiz requests this Honorable Court enter a Final Judgment closing the case regarding his claim.

## **MEMORANDUM OF LAW**

This Honorable Court has discretion to manage its docket and enter final judgments and close matters as it deems appropriate. The above-captioned case resulted in a decision in favor of Officer Javier Ortiz. The undersigned has learned that this Court requested a proposed Final Judgment so one can be entered on behalf of Javier Ortiz. Final Judgments are entered pursuant to Fed.R.Civ.P. 54. The Rule states in part, as follows:

> **RULE 54 JUDGMENT; COSTS**
>
> **(a)   Definition; Form.**   "Judgment" as used in these rules includes a decree and any order from which an appeal lies. A judgment should not include recitals of pleadings, a master's report, or a record of prior proceedings.
>
> **(b)   Judgment on Multiple Claims or Involving Multiple Parties.** When an action presents more than one claim for relief – whether as a claim, counterclaim, crossclaim, or third-party claim – or when multiple parties are involved, the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay. Otherwise, any order or other decision, however designated, that adjudicates fewer than all the claims or the rights and liabilities of fewer than all the parties does not end the action as to any of the claims or parties and may be revised at any time before the entry of a judgment adjudicating all the claims and all the parties' rights and liabilities.

The entry of Judgment for Javier Ortiz is appropriate considering the circumstances. The case regarding Mr. Ortiz has been litigated to completion. The undersigned respectfully requests the proposed Final Judgment submitted with this motion be entered on behalf of Javier Ortiz.

I HEREBY CERTIFY that on this 6th day of November, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

MARRERO & WYDLER
Attorneys for Defendant, Ortiz
Douglas Centre, PH-4
2600 Douglas Road
Coral Gables, FL 33134
(305) 446-5528
(305) 446-0995 (fax)


BY __/s/ Oscar E. Marrero_____
    OSCAR E. MARRERO
    F.B.N.:  372714
    oem@marrerolegal.com
    LOURDES E. WYDLER
    F.B.N.:  719811
    lew@marrerolegal.com

*Alexandre v. City of Miami, et al.*
*District Court Case No.: 1:16-cv-23064-DPG/Otazo-Reyes*
*Page 5*

**SERVICE LIST**
**1:16-cv-23064-DPG/Otazo-Reyes**

**Counsel for Plaintiff:**
Leonard P. Fenn, Esq.
FBN:
DeFabio and Fenn, P.A.
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, FL 33146
(305) 448-7200
lfenn@defabioandfennpa.com


**Counsel for Defendants, City of Miami and Defendant Officers (except Ortiz):**
Henry J. Hunnefeld, Esq.
hjhunnefeld@miamigov.com
FB 343811
Miami City Attorney's Office
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
(305) 416-1826
(305) 416-1802 (fax)
Secondary Emails:
mgriffin@miamigov.com
mredruello@miamigov.vom

Douglas A. Harrison, Esq.
daharrison@miamigov.com
FB 75566
Miami City Attorney's Office
444 S.W. 2nd Avenue, Suite 945
Miami, FL 33130
(305) 416-1813
(305) 416-1801 (fax)
Secondary e-mail:  jjgreen@miamigov.com