UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:16-cv-23064-GAYLES/OTAZO-REYES

**FRANCOIS ALEXANDRE**,

 Plaintiff,
v.

**CITY OF MIAMI, JOSUE HERRERA,
JAVIER ORTIZ, RUBEN ROJAS,
MAGDIEL PEREZ, CHRISTOPHER D.
VITAL, FOUR UNIDENTIFIED CITY
OF MIAMI POLICE OFFICERS, and
CHIEF OF POLICE RODOLFO LLANES**,

 Defendants.
_____/

## FINAL JUDGMENT

**THIS CASE** comes before the Court upon Defendant Javier Ortiz's Unopposed Motion for Entry of Final Judgment (the "Motion") [ECF No. 173]. The Motion relates to the Court's previous Order, [ECF No. 134], granting in part and denying in part Defendant's Motion for Summary Judgment, [ECF No. 86]. On December 2, 2019, the Eleventh Circuit reversed the Court's Order and remanded with instruction to grant Defendant's Motion for Summary Judgment. *See Alexandre v. Ortiz*, 789 F. App'x 169, 171, 177 (11th Cir. 2019).

Accordingly, it is **ORDERED AND ADJUDGED** that:

1. Defendant Javier Ortiz's Unopposed Motion for Entry of Final Judgment, [ECF No. 173], is **GRANTED**;

2. Judgment is hereby entered on behalf of Defendant Javier Ortiz and against Plaintiff Francois Alexandre; and

3.  Plaintiff Francois Alexandre shall take nothing from Defendant Javier Ortiz in this action.

**DONE AND ORDERED** in Chambers in Miami, Florida, this 2nd day of December, 2020.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE

Copies furnished to:
All counsel of record